IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WALTER DEFRANKO ALLEN,

    Defendant.

Case No. 3:04cr123

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT, ONCE AGAIN, IN VIOLATION OF HIS SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY AS TO SUPERVISED RELEASE VIOLATION PROCEEDING

---

On June 12, 2013, the Defendant, having previously appeared in open Court and admitted to six allegations set forth against him in a Petition directing him to show cause why his supervised release, a status that began February 5, 2009, and having been found in violation of that status, appeared in open Court to answer to an Amended Petition to show cause, adding Violations Seven and Eight. Following the Defendant's admissions to the two added allegations in the Amended Petition (Doc. #83), the Defendant was, once again, found in violation of his supervised release which began February 5, 2009.

Pursuant to the record made on the aforesaid June 12, 2013, the Defendant, having been found in violation of his supervision, was remanded to the custody of the Attorney General of the

United States, the Bureau of Prisons, for a period of four months, with credit for time served from May 25, 2013. There will be no reimposed period of supervised release to follow. Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The aforementioned supervised release violation matter is hereby ordered terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 24, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
John Menke, United States Probation Officer